No. 99–6396. PETTWAY v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 99–6402. BIVENS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–6403. BIGGINS v. WITHERS, ASSISTANT ATTORNEY GENERAL OF DELAWARE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–6407. MORRIS ET AL. v. BOROUGH OF RED BANK ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–6408. MARCICKY v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 99–6410. DELGADO MEDRANO v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–6411. MACK v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–6412. BEY v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 99–6414. BASTON v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 99–6419. HEMMERLE v. BAKST. C. A. 11th Cir. Certiorari denied.

No. 99–6420. HARPER v. RATELLE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–6423. HERRERA v. UTAH. Sup. Ct. Utah. Certiorari denied.

No. 99–6424. HOFFMAN v. CALIFORNIA FRANCHISE TAX BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–6431. LINEHAN v. MINNESOTA ET AL. Sup. Ct. Minn. Certiorari denied.